D.C. Residence Hall, New York          E.   L. E. R.             E.  S.  E.    R.  E. R. N. E. R.  E. R. D. E. L.   D. E. R. D.   R.  R. N.     E. L. N. E. R. H. S. E. R. D. E. R. R.  E. R. R. N. E. R. R. N.  R. R.   R. H. S. E.  R. N. E. R. R. E. E. R. R.   W.  E. R. N.  R. B.  R. N. H.     O.     G. W.  N. R. H. S. N.  R. H. H.     N. R. H. W.  R. H.                 W. H.   H. R. H.                      H. S. N. I. S. N.  M.  S. S.   S.  N. S.  S. H.  M.      H.   H. N. H.